1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
| | |
|---|---|
| THOMAS CLINTON,   ) | Case No. CV 04-9022-DOC  (OP) |
|          Plaintiff,   ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|          vs.   ) | |
| LOS ANGELES MEN'S CENTRAL  ) JAIL, et al.,   ) | |
|          Defendants.   ) | |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /

1    IT IS ORDERED that the Judgment be entered (1) approving and adopting

2    this Report and Recommendation; (2) granting Defendants' Motion for Summary

3    Judgment; and (3) directing that Judgment be entered dismissing this action with

4    prejudice.

5

6    DATED: _June 5, 2008_                    _David O. Carter_

7                                            HONORABLE DAVID O. CARTER
                                             United States District Judge

8    Prepared by:

9

10

11   HONORABLE OSWALD PARADA
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28