JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>          Plaintiff,<br><br>    vs.<br><br>LOS ANGELES MEN'S CENTRAL JAIL, et al.,<br><br>          Defendants., | Case No. CV 04-9022-DOC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion for Summary Judgment; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: June 5, 2008

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge